No. 4519.—Buonomo, apldo., *v.* Corte Municipal de Caguas, Hon. José Soto, Juez, aplte.— C. D. Humacao. Junio 8, 1928. Vistas la moción que antecede sobre desestimación de la presente apelación, fundada en la

supuesta frivolidad de ésta, la sentencia apelada, y la relación del caso y opinión en que se funda dicha sentencia; y vistos además los casos de *Cueto* v. *Corte de Distrito*, 37 D.P.R. 244, resuelto por el voto dividido del tribunal y citado no solamente por la corte inferior y por el apelado, sino también por el apelante, y *García* v. *The Humacao Fruit Co.*, 23 D.P.R. 247, citado también por el apelante en su alegato presentado en el acto de la vista: oídos los informes orales de las partes, y no apareciendo que sean enteramente frívolas en todos sus aspectos algunas de las cuestiones envueltas, no ha lugar a desestimar el recurso.